FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA LOPEZ, MOES 1 through 1,000, individually, and on behalf of all other similarly situated and aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>NORRED & ASSOCIATES, INC., a Georgia corporation; SCHERLIN ORTIZ, an individual and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00558-SVW-SK<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO (1) VACATE ALL DATES AND (2) REMAND THE ACTION TO STATE COURT<br><br>Complaint Filed: September 13, 2018 |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO (1) VACATE ALL DATES AND (2) REMAND
THE ACTION TO STATE COURT; Case No. 5:19-cv-00558-SVW-SK
5969871v.1

On August 19, 2019, the parties filed a Joint Stipulation to (1) Vacate All Dates and (2) Remand the Action to State Court (the "Stipulation"). The Court, having considered the Stipulation and good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

1. All deadlines, dates, and events presently on calendar are vacated;
2. The above-captioned action is hereby remanded to San Bernardino County Superior Court.

DATED: Aug 22, 2019

Honorable Stephen V. Wilson
United States District Judge